# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIES GASIFICATION, LLC., <br><br> Plaintiff, <br><br> v. <br><br> NORTH FORK COMMUNITY POWER, LLC, a California limited liability company, PHOENIX BIOMASS ENERGY, INC., a Delaware corporation, and EQTEC PLC, a foreign corporation, <br><br> Defendants. | CASE NO. 1:20-cv-00961-AWI-BAM <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS (DOC. NO. 16) <br><br> Complaint Filed Date: July 9, 2020 <br> New Hearing Date: January 25, 2021 <br> Time: 1:30 p.m. <br> Courtroom: 2 |

## [~~PROPOSED~~] ORDER

Now before the Court is the Parties' Joint Stipulation for a Continuance of the Hearing set for Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Parties' Stipulation is GRANTED. Pursuant to their Joint Stipulation, the Motion to Dismiss Hearing shall be rescheduled for January 25, 2021 at 1:30 p.m. in Courtroom 2. Pursuant to the Parties' Request, Plaintiff Aries Gasification, LLC shall file its Opposition on or before January 6, 2021. Defendants North Fork Community Power, LLC, Phoenix Biomass Energy, Inc., and EQTEC plc shall file their Reply on or before January 18, 2021.

IT IS SO ORDERED.

Dated: December 18, 2020    _____
                              SENIOR DISTRICT JUDGE