UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIES GASIFICATION, LLC, | Case No.  1:20-cv-00961-AWI-BAM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| NORTH FORK COMMUNITY POWER, LLC, a California limited liability company; PHOENIX BIOMASS ENERGY, INC., a Delaware corporation; and EQTEC PLC, a foreign corporation, | (Doc. No. 22) |
| Defendants. | |

On January 5, 2021, Plaintiff Aries Gasification, LLC ("Plaintiff") and Defendants North Fork Community Power, LLC, Phoenix Biomass Energy, Inc., and EQTEC, plc (collectively "Defendants") filed a joint motion to continue the Scheduling Conference currently set for January 12, 2021.  (Doc. No. 22.)  The parties submit that good cause supports their request in light of Defendants' motion to dismiss the complaint, which is presently set for hearing on January 25, 2021.  The parties contend that Court and party resources would be better served by postponing the Scheduling Conference in order to permit the Court to resolve Defendants' pending motion to dismiss before the case proceeds.  (*Id.*)

Having considered the parties' request, and good cause appearing, the Joint Motion to Continue Scheduling Conference is GRANTED.  The Scheduling Conference currently set for

January 12, 2021 is CONTINUED to **February 25, 2021, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  At least one week prior to the conference, the parties shall file a Joint Scheduling Report.  The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **January 6, 2021**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE